**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JACOB ALEXZANDER WOODS,<br><br>Petitioner,<br><br>v.<br><br>RONALD OLIVER, *et al.*<br><br>Respondents. | Case No. 2:25-cv-01765-APG-EJY<br><br>**Order Directing Petitioner to Pay the Filing Fee or File an *In Forma Pauperis* Application and to File an Amended Petition**<br><br>[ECF No. 1-1] |

*Pro se* Petitioner Jacob Alexzander Woods has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. ECF Nos. 1-1 ("Petition"). However, Woods has not properly commenced this action and must either pay the $5 filing fee or file an application to proceed *in forma pauperis* ("IFP") along with supporting documentation. *See* 28 U.S.C. § 1914(a), 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2. Further, Woods's Petition was not filed on this Court's approved form but was filed on a state habeas form. As such, Woods must also file an amended petition on the appropriate form, title the amended petition as such, and place the case number, 2:25-cv-01765-APG-EJY, in the designated space.

I THEREFORE ORDER that on or before October 24, 2025, unless more time is requested, Woods must (1) pay the $5 filing fee ***or*** file an IFP application that includes: (a) a financial certificate signed by Woods and an authorized prison official, (b) a financial declaration and acknowledgement signed by Woods, and (c) a copy of Wood's inmate account statement for the six-month period prior to filing; ***and*** (2) file an amended petition on the Court's approved habeas form.[1]

---

[1] Woods remains responsible at all times for calculating the applicable statute of limitations. By ordering Woods to amend his petition, I make no finding or representation that either the original or amended petition will be considered timely.

I FURTHER KINDLY ORDER the Clerk of Court send Woods (1) a blank copy of the IFP application form for inmates along with instructions, and (2) a blank copy of the form petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 along with instructions.

I FURTHER ORDER that Woods's failure to timely comply with this Order will result in the dismissal of this action without prejudice and without further advance notice.

Date: September 19, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE