UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JACOB ALEXZANDER WOODS, | Case No. 2:25-cv-01765-APG-EJY |
| Petitioner, | **Extension of Order to Show Cause** |
| v. | |
| RONALD OLIVER, et al., | |
| Respondents. | |

*Pro se* Petitioner Jacob Woods submitted a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 and moved for the appointment of counsel. ECF No. 5 ("Petition"). Following an initial review of the Petition, I deferred ruling on the motion and directed Woods to show cause on or before October 24, 2025, why the Petition should not be dismissed without prejudice as partially unexhausted. (ECF No. 7.) Although Woods has not filed a response to the Order to Show Cause (and his deadline for doing so has now passed), it appears that he may have mistakenly commenced a new habeas action. *See* ECF No. 2:25-cv-01779-MMD-MDC. As such, to avoid any confusion, I extend Wood's deadline to respond to the Order to Show Cause in this case.

I THEREFORE ORDER that Woods respond to the Order to Show Cause [ECF No. 7] on or before December 5, 2025. If Woods does not timely respond or request an extension of time to do so, the Petition will be dismissed without prejudice without further advance notice.

I FURTHER KINDLY ORDER that the Clerk of Court resend Woods a copy of the Order to Show Cause [ECF No. 7].

Dated: November 5, 2025

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE