# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JACOB ALEXZANDER WOODS,

                        Petitioner,

v.

RONALD OLIVER, et al.,

                        Respondents.

Case No. 2:25-cv-01765-APG-EJY

**Order Granting
Motion for Stay**

[ECF No. 17]

This counseled habeas matter is before the Court on Petitioner Jacob Alexzander Woods's unopposed motion for a stay. ECF No. 17.

This Court is authorized to stay an unexhausted petition in "limited circumstances" to allow a petitioner to present unexhausted claims to the state court. *Rhines v. Weber*, 544 U.S. 269, 273–75 (2005); *Mena v. Long*, 813 F.3d 907, 912 (9th Cir. 2016) (holding that district courts have authority to stay and hold in abeyance both mixed petitions and "fully unexhausted petitions under the circumstances set forth in *Rhines*").  Under the *Rhines* test, "a district court must stay a mixed petition only if: (1) the petitioner has 'good cause' for his failure to exhaust his claims in state court; (2) the unexhausted claims are potentially meritorious; and (3) there is no indication that the petitioner intentionally engaged in dilatory litigation tactics." *Wooten v. Kirkland*, 540 F.3d 1019, 1023 (9th Cir. 2008) (citing *Rhines*, 544 U.S. at 278).

I find that a stay is appropriate given that (1) Woods's initial state post-conviction proceedings are ongoing, (2) Woods's premature federal petition amounts to a protective petition, and (3) Woods has not engaged in intentionally dilatory litigation tactics.

I THEREFORE ORDER that the motion for stay [ECF No. 17] is granted.

I FURTHER ORDER that Woods must move to reopen this action within 45 days of the issuance of the remittitur by the Nevada Supreme Court at the conclusion of his state court proceedings.

I FURTHER KINDLY ORDER that the Clerk of Court stay and administratively close this action.

Dated: March 17, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2